IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-14672-EE

_____

In Re: LEXI DEVELOPMENT COMPANY, INC.,

Debtor.

_____

LEXI NORTH BAY, LLC,

Defendant-Appellee,

versus

GREAT FLORIDA BANK,
LEXI DEVELOPMENT COMPANY, INC.,

Plaintiffs-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before:  WILLIAM PRYOR, JULIE CARNES and JILL PRYOR, Circuit Judges.

BY THE COURT:

     Appellants have appealed from the district court's September 18, 2014 remand order,

which affords the bankruptcy court considerable discretion to make further liability

determinations regarding actual and potential cross-claims.  Because the bankruptcy court must

exercise significant judicial activity involving considerable discretion in implementing the district court's remand order, the underlying adversary proceeding had not been finally resolved, the order appealed from is non-final, and we lack jurisdiction over this appeal.  28 U.S.C. § 158(d)(1); *Barben v. Donovan (In re Donovan)*, 532 F.3d 1134, 1136-37 (11th Cir. 2008); *T & B Scottdale Contractors, Inc. v. United States*, 866 F.2d 1372, 1375 (11th Cir. 1989). Accordingly, the appeal is DISMISSED for lack of jurisdiction.